**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 04-2378

JOSE L. CAMACHO,

Petitioner, Appellant,

v.

THE COMMONWEALTH OF PUERTO RICO,

Respondent, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Jaime Pieras, II, U.S. District Judge]

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

Jose L. Camacho Ramos on brief pro se.
Doraliz E. Ortiz-De-Leon, Assistant Solicitor General,
Salvador Antonetti-Stutts, Solicitor General, and Mariana D.
Negron-Vargas, Deputy Solicitor General, on brief for appellee.

October 14, 2005

**Per Curiam**. After carefully reviewing the briefs and record on appeal, we affirm.  The appellant does not establish that the court erred in ruling that he had not exhausted state remedies.  We do not consider the documents submitted in Spanish that have not been translated.  Loc. R. 30(d).

We hereby also deny the appellant's remaining pending motions.

<u>Affirmed</u>.  1st Cir. Rule 27(c).